WARREN A. CUNZ, JR.
Standing Chapter 13 Trustee
10585 THREE RIVERS ROAD
SUITE G
GULFPORT, MS 39503

540855

Hancock Bank
Gulfport, MS 39502

| CLAIM NO. | DEBTOR'S NAME | VOID AFTER 90 DAYS | | | CASE NUMBER | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | In RE **DEBTOR: See Voucher Listing** | MO. | DAY | YEAR | | ****908.89*** |
| | | 07 | 16 | 2009 | | |

CLASSIFICATION

******************Nine Hundred Eight Dollars and 89/100*****************

INTEREST PORTION

BALANCE DUE AFTER THIS CHECK

TO THE ORDER OF

CLERK, US BANKRUPTCY COURT*****
DAN M RUSSELL JR - U S COURTHOUSE
2012 - 15TH STREET - SUITE 244
GULFPORT, MS 39501-

MEMO

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK -- HOLD AT ANGLE TO VIEW

⑈540855⑈ ⑆065503681⑆ 013282821⑈

CHECK NUMBER     DATE     CASE NUMBER
540855      07/16/2009

Original Check:

Original Date:

Original Payee:

DEPOSIT OF FUNDS
PURSUANT TO RULE 3011

AMOUNT PAID: $ *908.89*

2009 JUL 17 AM 10: 16

DANNY L. MILLER
CLERK
BY _____ DEPUTY

U S BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED

WARREN A. CUNTZ, JR., Standing Chapter 13 Trustee
Chapter 13 Bankruptcy Cases
10585 THREE RIVERS ROAD
SUITE G
GULFPORT, MS 39503

---

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number |
|---|
| 540855 |

| Printed |
|---|
| 7/16/2009 |

CLERK, US BANKRUPTCY COURT
DAN M RUSSELL JR - U S COURTHOUSE
2012 - 15TH STREET - SUITE 244
GULFPORT, MS 39501

| Issue Date |
|---|
| 07/16/2009 |

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 0452793 | GRIFFIN, JR, GILFORD T | | | Continuing | 539.12 |
| | ORIGINAL CHECK 536180 02/27/2009 GILFORD GRIFFIN, JR & JANET GRIFFIN 1714 CARPENTER CIRCLE  OCEAN SPRINGS MS 39564 | | | | |
| 0452984 | HIESTAND, STEPHEN A | | | Continuing | 190.00 |
| | ORIGINAL CHECK 536181 02/27/2009 STEPHEN & JUANITA HIESTAND 136 B&B LANE  LUCEDALE MS 39452 | | | | |
| 0455369 | MOUTON, SHANNON M | | | Continuing | 177.77 |
| | ORIGINAL CHECK 536186 02/27/2009 SHANNON M MOUTON 11604 QUAIL CREEK  OCEAN SPRINGS MS 39564 | | | | |
| 0550620 | GLASKOX, GERALD A | | | Continuing | 2.00 |
| | ORIGINAL CHECK 536190 02/27/2009 GERALD & BELINDA GLASKOX 22000 HIGHWAY 613  MOSS POINT MS 39562 | | | | |
| | | | | TOTAL | 908.89 |

**THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.**